**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

JOSEPH RAINES,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant.

Civil No. 00-207 DWF/AJB

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: 4/19/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED APR 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6

F I L E   C O P Y

Date: April 21, 2000 jr

---

R E C O R D   O F   D O C K E T   T E X T

---

0:00-cv-00207 Raines v. Corrections Corp

DOCKET ENTRY

ORDER of recusal (Magistrate Judge Arthur J. Boylan) Case referred to Magistrate Judge John M. Mason (4-00 AD 114). 1pg(s) (cc: all counsel)

Hon. Donovan W Frank, Judge

THIS NOTICE SENT TO ALL COUNSEL