UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joseph Raines,

Plaintiff,

v.

Corrections Corporation of America,
a Tennessee Corporation,

Defendant.

No. 00-CV-207 DWF/SRN

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

The above-entitled claim having been fully compromised and settled, it is hereby stipulated and agreed, by and between the parties thereto, through their respective undersigned counsel of record, that the same, including all claims which were or could have been asserted therein, may be dismissed on its merits and with prejudice but without cost to any party.

Dated: September 5, 2000.

MACK & DABY P.A.

By: ______________________
John E. Mack
26 Main Street
New London, MN 56273
Telephone: (302) 354-2045

**ATTORNEY FOR PLAINTIFF JOSEPH RAINES**

Dated: September 27, 2000.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________
Patricia A. Bloodgood (#157673)
Susan E. Ellingstad (#243346)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEYS FOR DEFENDANT CORRECTIONS CORPORATION OF AMERICA**

FILED OCT 02 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD OCT 02 2000
DEPUTY CLERK ______

**ORDER**

Based upon the foregoing Stipulation of the parties and upon all the files, records and proceedings herein, and the Court being fully advised on the premises, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above-entitled claim, brought by Plaintiff Joseph Raines against Corrections Corporation of America, including all claims which were or could have been asserted therein, shall be, and hereby is, dismissed on its merits and with prejudice but without cost to any party. The Clerk of this Court is hereby directed to enter a judgment dismissing said action accordingly.

Dated: Oct 2, 2000

BY THE COURT:

Honorable Donovan W. Frank
United Stated District Court Judge